UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  6-29-20
```

DARRYL GRAY, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

ALPHA AND OMEGA SEMICONDUCTOR LIMITED, MIKE F. CHANG, AND YIFAN LIANG,

        Defendants.

No.  20-CV-2414 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The conference scheduled in this action for July 1, 2020 at 12:00 p.m. shall be held via telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749, Access Code: 1015508.  The parties are advised that this conference line is open to the public.

SO ORDERED.

Dated:    June 29, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge