| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/1/2020 |
| DARRYL GRAY, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALPHA AND OMEGA SEMICONDUCTOR LIMITED, MIKE F. CHANG, AND YIFAN LIANG,<br><br>　　　　　　　Defendants. | No.  20-CV-2414 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　Having considered the motion of Darryl Gray for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

　　1.　The Motion is GRANTED;

　　2.　The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Darryl Gray as Lead Plaintiff; and

　　3.　Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

　　4.　Lead plaintiff shall, within sixty (60) days from the appointment of lead plaintiff and lead counsel, file an amended complaint, if any, or designate the current complaint as operative.

　　5.　Defendants shall, within sixty (60) days from the filing or designation of above, answer the amended or operative complaint, or otherwise move.

      6.      Lead plaintiff may file an opposition brief to any motion to dismiss by no later than forty-five (45) days after such filing is made

      7.      Defendants may file a reply to any opposition filed by lead plaintiff to a motion to dismiss, if any, by no later than forty-five (45) days after such filing is made.

**IT IS SO ORDERED.**

Dated:    July 1, 2020
             New York, New York

_____
RONNIE ABRAMS
United States District Judge