UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL GRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ALPHA AND OMEGA SEMICONDUCTOR LIMITED, MIKE F. CHANG, YIFAN LIANG, and STEPHEN C. CHANG,<br><br>     Defendants. | Case No. 1:20-cv-02414-RA |

**JOINT STIPULATION [AND ORDER] OF DISMISSAL WITH PREJUDICE**

WHEREAS, on July 2, 2020, the Court entered an order granting Plaintiff Darryl Gray's ("Plaintiff") Motion to Appoint Lead Plaintiff and to Appoint Lead Counsel (Dkt. No. 14);

WHEREAS, on August 28, 2020, Plaintiff filed a Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("CAC") against Defendants Alpha and Omega Semiconductor Ltd., Mike F. Chang, Yifan Liang, and Stephen C. Chang ("Defendants") alleging violations of Section 10(b) of the Securities Exchange Act of 1934 (Dkt. No. 17);

WHEREAS, on September 27, 2021, the Court issued an order granting Defendants' Motion to Dismiss the CAC in its entirety and denying Plaintiff's Motion to Strike Extraneous Materials Attached to Defendants' Motion to Dismiss the CAC as moot (Dkt. No. 35, the "Dismissal Order");

WHEREAS, pursuant to the Dismissal Order, the Court granted Plaintiff leave to amend the complaint no later than October 27, 2021 (Dkt. No. 35);

WHEREAS, Plaintiff has determined that he will not file a further amended complaint and will not seek appellate review of the Dismissal Order;

IT IS ACCORDINGLY STIPULATED, between Plaintiff and Defendants, by and through their undersigned counsel as follows:

1. The above-entitled action is dismissed with prejudice pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii).

2. Each of the parties and their attorneys of record stipulate not to contest that the other parties and their attorneys of record complied with the requirements of Federal Rule of Civil Procedure 11 and all other applicable rules and laws at all times in this action.

3. Each of the parties shall bear their own attorneys' fees and costs incurred in connection with this action.

4. Plaintiff hereby waives all rights to appeal in this action, including, but not limited to, all rights to appeal from the Dismissal Order.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 8, 2021

**GLANCY PRONGAY & MURRAY LLP**
By: /s/ Natalie Pang
Gregory B. Linkh (GL 0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff Darryl Gray and the Class*

Dated: November 8, 2021

**LAZARE POTTER GIACOVAS & MOYLE LLP**

By: /s/ James F. Moyle
James F. Moyle
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: 212-758-9300
Email: jmoyle@lpgmlaw.com

*Counsel for Defendants Alpha and Omega Semiconductor Limited, Mike F. Chang, Yifan Liang and Stephen C. Chang*

Application granted. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/09/2021

2